1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  Washington, D.C.  20530

4  DAVID B. GLAZER (D.C. 400966)
   Natural Resources Section
5  Environment & Natural Resources Division
   United States Department of Justice
6  301 Howard Street, Suite 1050
   San Francisco, California  94105
7  TEL:   (415) 744–6491
   FAX:   (415) 744-6476
8  e-mail:  david.glazer@usdoj.gov

9  Attorneys for Federal Defendant

10

11                             UNITED STATES DISTRICT COURT

12                             EASTERN DISTRICT OF CALIFORNIA

13                                    SACRAMENTO DIVISION

14

15  EARTH ISLAND INSTITUTE,              )   2:08-cv-01957 FCD-EFB
                                         )
16              Plaintiff,               )   STIPULATION AND ORDER
                                         )   SETTING BRIEFING SCHEDULE
17       v.                              )
                                         )
18  ALICE B. CARLTON, RANDY MOORE, and   )   Hon. Frank C. Damrell, Jr.
    UNITED STATES FOREST SERVICE,        )
19                                       )
                                         )
20              Defendants.              )
    _____)
21

22

23

24

25

26

27

28

*Earth Island v. Carlton, et al.*, No. 2:08-cv-01957 FCD-EFB
Stipulation and Order Setting Briefing Schedule

     In anticipation of plaintiffs' anticipated motion for preliminary injunction, and consistent with the Court's statements regarding its schedule, plaintiff Earth Island Institute and defendants Alice B. Carlton, Randy Moore, and the U.S. Forest Service (the "Parties") hereby stipulate as follows, subject to approval by the Court:

     1.    Plaintiff shall file its motion papers on or before September 2, 2008.  Plaintiff's opening memorandum of law shall not exceed 25 pages.

     2.    Defendants shall file their opposition papers on or before September 9, 2008. Defendant's opposition memorandum shall not exceed 25 pages.

     3.    Plaintiff shall file its reply on or before September 12, 2008.  Plaintiff's reply memorandum shall not exceed 10 pages.

     4.    Subject to Court approval, plaintiff's motion shall be heard on September 19, 2008, at 10:00 a.m.

     The Parties' further agree that:

1. No ground-disturbing activities shall begin on the Moonlight Roadside Safety and Hazard Tree Removal Project before September 26, 2008.
2. The purpose of this stipulation is to provide for the orderly presentation of the issues in this case.  The Parties stipulate that nothing in this Stipulation may be construed as basis for an award of attorneys fees in this case.

SO STIPULATED:

                         FOR THE PLAINTIFFS

Dated: August 29, 2008         /s/RACHEL M. FAZIO [as authorized on August 28, 2008]
                                  Rachel M. Fazio
                                  P.O. Box 697
                                  Cedar Ridge, California  95924
                                  TEL:   (530) 273-9290
                                  FAX:   (530) 273-9260
                                  Email:  rfazio@nccn.net

FOR THE DEFENDANTS

Dated:  August 29, 2008          /s/DAVID B. GLAZER
David B. Glazer
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
Email: david.glazer@usdoj.gov

ORDER

Upon consideration of the above Stipulation, it is hereby ORDERED that

1.   Plaintiff shall file its motion papers on or before September 2, 2008.  Plaintiff's opening memorandum of law shall not exceed 25 pages.

2.   Defendants shall file their opposition papers on or before September 9, 2008.  Defendant's opposition memorandum shall not exceed 25 pages.

3.   Plaintiff shall file its reply on or before September 12, 2008.  Plaintiff's reply memorandum shall not exceed 10 pages.

4.   Plaintiff's motion is set for hearing on September 19, 2008, at 10:00 a.m.

IT IS SO ORDERED

Dated: August 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE