1  DENNIS M. COTA, Bar No. 127992
   Interim County Counsel
2  DEREK P. COLE, Bar No. 204250
   Interim Deputy County Counsel
3  CHRISTOPHER J. CONANT, Bar No. 244597
   Interim Deputy County Counsel
4  Office of the County Counsel
   County of Plumas
5  520 Main Street, Room 302
   Quincy, CA  95971
6  Telephone:     (530) 283-6240
   Facsimile:      (530) 283-6116

Attorneys for Proposed Intervenor County of Plumas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>        Plaintiff,<br><br>      v.<br><br>ALICE B. CARLTON, in her official capacity as Forest Supervisor for Plumas National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>        Defendants,<br><br>SIERRA ACCESS COALITION, a California non-profit corporation, THERESA WINNINGHAM, W.M. BEATY & ASSOCIATES, INC., a California corporation, PLUMAS UNIFIED SCHOOL DISTRICT, and PEW FOREST PRODUCTS, a California corporation,<br><br>        Defendant-Intervenors,<br><br>COUNTY OF PLUMAS, a political subdivision of the State of California,<br><br>        Proposed Intervenor. | Case No. 2:08-cv-01957-FCD-EFB<br><br>**STIPULATION AND ORDER OF THE PARTIES REGARDING PARTICIPATION OF APPLICANT INTERVENOR COUNTY OF PLUMAS**<br><br>Hearing Date:   September 19, 2008<br>Time:             10:00 a.m.<br>Courtroom:     2<br><br><u>Hon. Frank C. Damrell, Jr.</u> |

{RRJ/00004920.}

On or about September 5, 2008, Plumas County Counsel learned of Plaintiff's pending motion to enjoin the Moonlight Roadside Hazard Tree Logging Project. Thereafter, an emergency meeting of the Board of Supervisors was agendized for the earliest legally permissible date to consider the County's potential involvement in the lawsuit. The meeting was convened on September 11, 2008, wherein the Board of Supervisors gave County Counsel authority to take the required steps to intervene. County Counsel contacted Plaintiff on September 12, 2008, regarding Plaintiff's willingness to stipulate to the County's intervention in this matter. In an effort to maintain the current schedule and in consideration of this Court's recent Order (Doc. 52) regarding the Intervention of Sierra Access Coalition, et al., the Parties have, subject to the Court's approval, stipulated to the following.

1. Proposed defendant-intervenor County of Plumas shall be allowed to permissively intervene as defendants in the above-captioned case.

2. The County of Plumas' participation shall be limited in scope to issues of remedy, and not issues of liability, as the Court previously ruled in regard to defendant-intervenors Sierra Access Coalition, et al.'s motion for intervention.

3. The County of Plumas shall file its opposition papers by September 15, 2008, at 12:00 p.m.

4. The County of Plumas' opposition memorandum shall not exceed 5 pages, not including declarations.

5. The briefing schedule and hearing will otherwise remain as ordered by the Court on September 11, 2008.

SO STIPULATED.

FOR THE PLAINTIFFS

Dated: September 12, 2008         /s/ as approved September 12, 2008
                                  Rachel M. Fazio
                                  P.O. Box 697
                                  Cedar Ridge, California 95924
                                  TEL: (530) 273-9290
                                  FAX: (530) 273-9260
                                  Email: rfazio@nccn.net

{RRJ/00004920.}                   -1-

FOR THE DEFENDANTS

Dated: September 13, 2008          /s/ as approved September 13, 2008
                                   David B. Glazer
                                   Natural Resources Section
                                   Environment & Natural Resources Division
                                   United States Department of Justice
                                   301 Howard Street, Suite 1050
                                   San Francisco, California 94105
                                   TEL: (415) 744–6491
                                   FAX: (415) 744-6476
                                   Email: david.glazer@usdoj.gov

FOR THE DEFENDANT-INTERVENORS

Dated: September 15, 2008          /s/ as approved September 15, 2008
                                   Dennis Wilson
                                   Wilson Law Firm
                                   1120 Iron Point Road, #100
                                   Folsom, California 95630
                                   TEL: (916) 608-8891
                                   FAX: (916) 608-8892
                                   Email: denniswilson@covad.net

FOR THE PROPOSED DEFENDANT-INTERVENORS

Dated: September 12, 2008          /s/ Christopher J. Conant
                                   Christopher J. Conant
                                   Office of the Plumas County Counsel
                                   520 Main Street, Room 302
                                   Quincy, California 95971
                                   TEL: (530) 283-6240
                                   FAX: (530) 283-6116
                                   Email: cjconant@cotalawfirm.com

ORDER

Upon consideration of the above Stipulation, it is hereby ORDERED that:

1. Proposed defendant-intervenor County of Plumas shall be allowed to permissively intervene as defendants in the above-captioned case.

2. The County of Plumas' participation shall be limited in scope to issues of remedy, and not issues of liability, as the Court previously ruled in regard to defendant-intervenors Sierra Access Coalition, et al.'s motion for intervention.

3. The County of Plumas shall file its opposition papers by September 15, 2008, by 12:00 p.m.

4. The County of Plumas' opposition memorandum shall not exceed 5 pages, not including declarations.

5. The briefing schedule and hearing will otherwise remain as ordered by the Court on September 11, 2008.

IT IS SO ORDERED.

Dated:  September 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE