1    Rachel M. Fazio (CA Bar # 187580)
     P.O. Box 697
2    Cedar Ridge, CA 95924
     Tel:  (530) 273-9290
3    Fax:  (530) 273-9260
4    rfazio@nccn.net

5    René P. Voss (CA Bar # 255758)
     1006 Bienville Street
6    Davis, CA  95616
     Tel:  (530) 792-1270
7    Fax:  (832) 747-3513
8    renepvoss@gmail.com

9    Attorneys for Plaintiff
     Earth Island Institute
10

11                    IN THE UNITED STATES DISTRICT COURT
12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14   EARTH ISLAND INSTITUTE, a non-profit   )
     organization,                          )   Case No.: 2:08-cv-01957-FCD-EFB
15                                           )
           Plaintiff,                        )   **STIPULATION AND ORDER**
16                                           )   **EXTENDING ORAL STIPULATION AND**
           vs.                               )   **RE-SETTING THE JOINT STATUS**
17                                           )   **CONFERENCE**
                                             )
18   ALICE B. CARLTON, Forest Supervisor for )
     Plumas National Forest, RANDY MOORE,    )
19   Regional Forester for Region 5 of the United )
     States Forest Service, and the UNITED   )
20   STATES FOREST SERVICE,                  )
                                             )
21         Defendants, and                   )
                                             )
22                                           )
     SIERRA ACCESS COALITION, a California   )
23   non-profit corporation, THERESA         )
     WINNINGHAM, W.M. BEATY &                )
24   ASSOCIATES, INC., a California corporation,)
     PLUMAS UNIFIED SCHOOL DISTRICT,         )
25   PEW FOREST PRODUCTS, a California        )
     corporation, and PLUMAS COUNTY OF       )
26   CALIFORNIA,                             )
                                             )
27         Defendant-Intervenors.            )
                                             )
28   _____ )

     *Earth Island Institute v. Carlton*, 08-1957
     Stipulation and Order Extending Oral Stipulation and Re-Setting JSC

1    Plaintiff Earth Island Institute and Defendants United States Forest Service, Randy

2   Moore and Alice Carlton hereby agree to extend the oral stipulation entered in the Court's

3   Minutes on September 19, 2008, which prohibits any activities occurring pursuant to the

4   Moonlight Roadside Safety and Hazard Tree Removal Project pending a further agreement of the

5   parties.  The parties are currently in the process of good faith negotiations to resolve Plaintiff's

6   Motion for Preliminary Injunction and/or all issues in this case.  The parties herein request that

7   the oral stipulation remain in place and that the Joint Status Conference currently scheduled for

8   Friday October 19, 2008, be re-set for Friday October 31, 2008.

9    Plaintiff's Counsel confirmed that neither Mr. Scott Horngren, counsel for Defendant-

10   Intervenor Sierra Access Coalition, et. al., nor Mr. Derek Cota, counsel for Defendant-Intervenor

11   the County of Plumas, object to this request.

12

13   Respectfully submitted this 16th day of October 2008,

14

15                                    /s/ Rachel M. Fazio
                                     RACHEL M. FAZIO
16                                   ATTORNEY FOR PLAINTIFF
                                     P.O. Box 697
17                                   Cedar Ridge, California 95924
                                     TEL: (530) 273-9290
18                                   FAX: (530) 273-9260
                                     Email: rfazio@nccn.net
19

20                                   /s/ David Glazer (as approved  Oct. 16, 2008)
                                     DAVID GLAZER
21                                   ATTORNEY FOR DEFENDANTS
                                     Natural Resources Section
22                                   Environment & Natural Resources Division
                                     United States Department of Justice
23                                   301 Howard Street, Suite 1050
                                     San Francisco, California 94105
24                                   TEL: (415) 744–6491
                                     FAX: (415) 744-6476
25                                   Email: david.glazer@usdoj.gov
26

27                                                                                      1

28

*Earth Island Institute v. Carlton*, 08-1957
Stipulation and Order Extending Oral Stipulation and Re-Setting JSC

1

2

3   Upon consideration of the above Stipulation IT IS HEREBY ORDERED that:

4          1)      The Oral Stipulation of the parties prohibiting any activities occurring within the

5   Moonlight Roadside Project Area shall remain in effect until a final agreement of the parties is

6   reached, and

7

8          2)      The currently scheduled Joint Status Conference shall be re-set for Friday,

9   October 31, 2008.

10         3)      The parties shall file a Stipulation or Status Report no later than 4:30 p.m. on

11  Wednesday, October 29, 2008.  Upon receipt of a Stipulation, the Status Conference will be

12  vacated.

13

14

15  IT IS SO ORDERED:

16

17  Dated:  October 16, 2008          _____
                                       FRANK C. DAMRELL, JR.
18                                     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27                                                                                              2

28

*Earth Island Institute v. Carlton*, 08-1957
Stipulation and Order Extending Oral Stipulation and Re-Setting JSC