1  Rachel M. Fazio (CA Bar # 187580)
   P.O. Box 697
2  Cedar Ridge, CA 95924
   Tel:  (530) 273-9290
3  Fax:  (530) 273-9260
   rfazio@nccn.net
4
   René P. Voss (CA Bar # 255758)
5  1006 Bienville Street
   Davis, CA  95616
6  Tel:  (530) 792-1270
   Fax:  (832) 747-3513
7  renepvoss@gmail.com
8  Attorneys for Plaintiff
   Earth Island Institute
9

Honorable Frank C. Damrell, Jr.

# FILED

OCT 31 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

10
11             IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13  EARTH ISLAND INSTITUTE, a non-profit  )
    organization,                          )    Case No.: 2:08-cv-01957-FCD-EFB
14                                         )
                Plaintiff,                 )    **PARTY STIPULATION AND**
15                                         )    **PROPOSED ORDER**
16          vs.                            )
                                           )
17  ALICE B. CARLTON, Forest Supervisor for )
    Plumas National Forest, RANDY MOORE,   )
18  Regional Forester for Region 5 of the United )
    States Forest Service, and the UNITED  )
19  STATES FOREST SERVICE,                 )
                                           )
20                                         )
                Defendants, and            )
21                                         )
22  SIERRA ACCESS COALITION, a California )
    non-profit corporation, THERESA        )
23  WINNINGHAM, W.M. BEATY &               )
    ASSOCIATES, INC., a California corporation,)
24  PLUMAS UNIFIED SCHOOL DISTRICT,        )
    and PEW FOREST PRODUCTS, a California )
25  corporation, PLUMAS COUNTY OF          )
    CALIFORNIA,                            )
26                                         )
27              Defendant-Intervenors.     )
                                           )
28

*Earth Island Institute v. Carlton*, 08-1957                                    0
Party Stipulation and Proposed Order

1      Plaintiff Earth Island Institute and Defendants Alice B. Carlton, *et al.* hereby

2    respectfully submit this stipulation for dismissal and [proposed] order:

3      Whereas, on April 25, 2008, the Forest Supervisor of the Plumas National Forest, Alice

4    B. Carlton, issued the Decision Memorandum ("DM") approving the Moonlight Roadside

5    Safety and Hazard Tree Removal Project ("Moonlight Roadside Project");

6      Whereas Plaintiffs filed timely appeals of the Forest Supervisor's decision, which were

7    denied by the Regional Forester Randy Moore;

8      Whereas Plaintiffs thereafter brought this litigation to challenge the Forest Service's

9    decision approving this Project;

10      Whereas on September 3, 2008, bids for the Wildcat and Eagle sales, two timber sales

11    implementing the Moonlight Roadside Project, were opened and a high bidder was identified by

12    the Forest Service;

13      Whereas on September 10, 2008, bids for the Bear and Rattlesnake sales, two additional

14    timber sales implementing the Moonlight Roadside Project, were opened and high bidders were

15    identified by the Forest Service;

16      Whereas on or about Thursday, September 18, 2008, Defendants withdrew the Decision

17    Memo authorizing the Moonlight Roadside Project, and all bids opened for the Moonlight

18    Roadside Project have been cancelled.

19      Whereas on September 19, 2008, the parties entered into an oral stipulation that no

20    project activities would occur pursuant to the Moonlight Roadside Project until October 17,

21    2008;

22      Whereas on October 16, 2008, the parties entered into a written stipulation, which was

23    incorporated into an Order of this Court [Dkt. #76], extending the parties' earlier stipulation

24    providing that no activities in pursuant to the Moonlight Roadside Project Area would occur

25    pending a further agreement of the parties.

26

27

28

1      Accordingly, the parties stipulate to, and request that this Court enter an Order

2   providing:

3      1.      The Moonlight Roadside Project will not go forward under a Categorical

4   Exclusion.

5      2.      Activities coming within the scope of the Moonlight Roadside Project will be

6   evaluated in a new draft Environmental Impact Statement ("EIS") being prepared for the

7   Moonlight and Wheeler Fires Recovery and Restoration Project ("Moonlight/Wheeler Project").

8      3.      The Forest Service shall circulate the new draft EIS for the Moonlight/Wheeler

9   Project for a minimum 45-day public comment period and, in accordance with 40 C.F.R.

10  § 1506.10, shall issue any Record of Decision on that Project (1) no sooner than 90 days from the

11  date of publication of the notice of availability of the DEIS in the Federal Register if the Forest

12  Service seeks an Emergency Situation Determination with respect to the Project, pursuant to 36

13  CFR 215.10, or (2) upon publication of the final EIS, if the Forest Service does not seek an

14  Emergency Situation Determination with respect to the Project and utilizes its normal

15  administrative appeal procedures, pursuant to 36 C.F.R. § 215.15 *et seq*.  No activities authorized

16  under the Moonlight Roadside Project DM, including the felling or removal of any trees (except

17  as otherwise provided in this agreement), may occur until a Final EIS for the Moonlight/Wheeler

18  Project has been issued, a Record of Decision has been prepared, and any applicable administra-

19  tive stay period has expired, or until a decision is made not to go forward with the

20  Moonlight/Wheeler Project.

21     4.      Pending completion of the further NEPA analysis described above, the Forest

22  Service shall be allowed to fell up to 50 trees in the Moonlight Roadside Project area in

23  immediate danger of falling on roads or work areas provided that these trees have a major

24  structural defect or severe lean toward the roadway or work area such that their reaching the

25  roadway or work areas is imminent.  Such trees, once felled, shall not later be sold or removed

26  from the Project Area.  If the limit of 50 felled trees is reached, the parties shall meet and confer

27

28  *Earth Island Institute v. Carlton*, 08-1957                                           2
    Party Stipulation and Proposed Order

1   if the Forest Service has need to fell additional trees. The Forest Service shall provide a report to
2   Plaintiff every two weeks identifying what, if any, trees were felled pursuant to this provision,
3   where the trees are located in the project area, the diameter at breast height for each tree felled
4   and the reason why each tree was felled. The first report shall be provided November 15, 2008.

5         5.      In consideration of the undertakings set forth herein, Plaintiff withdraws its
6   Motion and Renewed Motion for Preliminary Injunction [Dkts. #8, 79]. The parties hereby agree
7   to stay this litigation except in relation to issues regarding the implementation of this stipulation.

8         6.      Plaintiff's Complaint shall be dismissed upon expiration of this Stipulation which
9   shall coincide with the completion of NEPA and decision making as detailed in paragraph 3
10  above.

11        7.      Nothing in this Stipulation shall be construed as an admission of liability by the
12  Forest Service or shall be relied upon as precedent in this or any other case.

13        8.      The parties acknowledge that Plaintiff may seek attorneys' fees, costs, and other
14  expenses under the Equal Access to Justice Act and that Defendants may contest Plaintiff's right
15  to such fees.

16        9.      This Court shall retain jurisdiction to ensure compliance with the terms of this
17  agreement.

18

19  IT IS ORDERED:

20  Dated: October 31, 008

21

22                                          Honorable Frank C. Damrell, Jr.
                                            UNITED STATES DISTRICT JUDGE
23

24  Presented by:

25  /s/ David B. Glazer (as approved 10/31/08)
    DAVID B. GLAZER
26
    For Plaintiff:
27  /s/ Rachel M Fazio
    RACHEL M. FAZIO
28
    *Earth Island Institute v. Carlton*, 08-1957                                          3
    Party Stipulation and Proposed Order