RACHEL M. FAZIO (CAB #187580)
P.O. Box 697
Cedar Ridge, CA 95924
TEL: 530-273-9290
FAX: 530-273-9260
e-mail: rfazio@nccn.net

RENÉ P. VOSS (CAB # 255758)
42 Greenfield Ave, Suite A
San Anselmo, CA 94960
Tel: (415) 446-9027
Fax: (267) 316-3414
renepvoss@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>      Plaintiffs,<br>v.<br><br>ALICE B. CARLTON, *et al*,<br><br>      Defendants<br><br>SIERRA ACCESS COALITION, *et al* and COUNTY OF PLUMAS,<br>      Defendant-Intervenors | **Case No. 2:08-CV-01957-FCD-EFB**<br><br>STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

On August 20, 2008, Plaintiff brought suit against Defendants Alice B. Carlton, Randy Moore and U.S. Forest Service ("Federal Defendants" or "Forest Service") for declaratory and injunctive relief under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701–706, challenging the Federal Defendants' decision to implement the Moonlight Roadside Project, under the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321–4370f, and the National Forest Management Act ("NFMA"), 16 U.S.C. §§ 1600–1687.

On October 31, 2008 the parties entered into a Stipulation and [Proposed] Order (Doc. # 84) adopted by this Court, which specified that once certain conditions were met this action would be dismissed [Paragraphs 1, 2, 3, 4 and 6 of Doc. #84].  These conditions having been fulfilled, Plaintiff hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Under this rule Plaintiff may dismiss an action without a Court Order, even after Defendants have filed their Answer [here Documents # 34, 61, and 77] through the filing of "a stipulation of dismissal signed by all parties who have appeared." *Id.* This type of voluntary dismissal is also subject to Federal Rules of Civil Procedure 23(e) (Class Actions), 23.1(c) (Derivative Actions), 23.2 (Unincorporated Associations) and 66 (Receivers); however, none of these Rules are applicable to the present action.  In addition, there exists no other federal statute which would preclude Plaintiff from voluntarily dismissing this action through the submission of this stipulated dismissal.

For the foregoing reasons this case should be dismissed with prejudice.  However, this does not bar Plaintiff from pursing a challenge to the use of the Routine Road Maintenance Categorical Exclusion in any future proposed projects, nor does it preclude Plaintiff from challenging, on any and all grounds, a decision by the Forest Service to approve any future

*Stipulated Voluntary Dismissal*
*Earth Island Inst. v. Carlton, et. al., 08-1957*                                                                                      Page 1

timber sales or other projects within the Wheeler or Moonlight fire areas.   Federal Defendants reserve any and all defenses to any claims brought in any such future actions.

Concurrently with this dismissal, Plaintiff and Federal Defendants are filing a separate stipulation resolving Plaintiff's claims for attorney fees, costs and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Defendant-Intervenors, Theresa Winningham, et al., take no position on the substance of this stipulation, but do stipulate to the voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure  41(a)(1)(A)(ii).

Respectfully submitted this 6th day of November, 2009

Attorneys for Plaintiff

/s/ Rachel M. Fazio
RACHEL M. FAZIO
P.O. Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax: (530) 273-9260
rfazio@nccn.net

/s/ René P. Voss (as approved 11-05-09)
RENE P. VOSS
42 Greenfield Ave, Suite A
San Anselmo, CA 94960
Tel: (530) 219-8068
Fax: (267) 316-3414
renepvoss@gmail.com

Attorney for Federal Defendants

/s/David B. Glazer (as approved 11-05-09)
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105

*Stipulated Voluntary Dismissal*
*Earth Island Inst. v. Carlton, et. al., 08-1957*                                                                                      Page 2

| | |
|---|---|
| 1 | Telephone: (415) 744-6491 |
| 2 | Facsimile: (415) 744-6476 |
| | e-mail: david.glazer@usdoj.gov |

Attorney for Defendant-Intervenors Sierra Access Coalition, Theresa Winningham, W.M. Beaty and Associates, Plumas Unified School District, and PEW Forest Products

/s/ Scott W. Horngren (as approved 11-06-09)
SCOTT W. HORNGREN
HAGLUND KELLEY HORNGREN JONES & WILDER
101 S.W. Main Street, Suite 1800
Portland, Oregon 97204-3226
Phone: (503) 225-0777
Facsimile: (503) 225-1257
e-mail: horngren@hk-law.com

Attorney for Defendant-Intervenor County of Plumas

/s/ Thomas Riordan (as approved 11-05-09)
THOMAS RIORDAN
PORTER SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481 ext. 433
FAX: 916.927.3706
triordan@poterscott.com

*Stipulated Voluntary Dismissal*
*Earth Island Inst. v. Carlton, et. al., 08-1957*                                                      Page 3

**CERTIFICATE OF SERVICE**

I, Rachel M. Fazio, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2009

/s/ Rachel M. Fazio
RACHEL M. FAZIO

*Stipulated Voluntary Dismissal*
*Earth Island Inst. v. Carlton, et. al., 08-1957*                                                                 Page 4